IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| QUENTIN JEREL PERKINS, | * |
| Petitioner, | * |
| v. | Case No.   5:26-cv-00006-TES-ALS |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 31, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 1st day of April, 2026.

David W. Bunt, Clerk


s/ Erin Pettigrew, Deputy Clerk